IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mbonfal Hamadicko,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Albert Carter, et al.,<br><br>　　　　　Respondents. | No. CV15-2125 PHX DGC (ESW)<br><br>**ORDER** |

Petitioner Mbonfal Hamadicko has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  United States Magistrate Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the petition be dismissed without prejudice.  Doc. 13.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 13) is **accepted**.
2. The petition for writ of habeas corpus (Doc. 1) is **dismissed without prejudice**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**.

1      4.    The Clerk is directed to **terminate** this action.

2      Dated this 4th day of October, 2016.

*David G. Campbell*
United States District Judge